**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 13-cr-0394-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.     CHRISTOPHER TUMBAGA, and**
**2.     BRIAN HEADLE,**

      Defendants.

---

**ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES**

---

This matter comes before the Court *sua sponte*.  This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel.  See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003).  Accordingly the Court ORDERS as follows:

1.     On or before October 18, 2013, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2.     On or before October 18, 2013, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction

Level 3) informing the Court of as much.

3.      Should any Defendant contemplate entering into a Joint Defense

Agreement after this Order, that Defendant shall submit such Agreement

to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR**

**TO ITS EXECUTION.**


Dated this 4ᵗʰ day of October, 2013.

                                        BY THE COURT:

                                        _____
                                        William J. Martínez
                                        United States District Judge

2