# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martinez

Criminal Case No. 13-cr-0394-WJM-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **CHRISTOPHER TUMBAGA**,

 Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT CHRISTOPHER TUMBAGA
_____

  This matter comes before the Court on the Government's Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Christopher Tumbaga pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. (ECF No. 93). The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

  On September 25, 2013, the grand jury charged defendant Christopher Tumbaga in Counts One through Seven with violations of 18 U.S.C. § 1344; in Counts Eight through Twenty-Nine with violations of 18 U.S.C. § 215; and in Count Thirty with violations of 18 U.S.C. § 656. (ECF No. 1). The Indictment also sought forfeiture in the form of a personal money judgment against defendant Christopher Tumbaga, pursuant to 18 U.S.C. § 982(a)(2)(A), in the amount of proceeds he obtained directly and indirectly as a result of the offenses charged in Counts One through Thirty of the

Indictment.

On March 24, 2014, the United States and defendant Christopher Tumbaga entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment in the amount of $60,000.00 under 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (ECF No. 90).

It is hereby ORDERED

THAT $60,000.00 is subject to forfeiture as proceeds obtained by defendant Christopher Tumbaga through commission of the offenses in Count One of the Indictment, to which defendant has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Christopher Tumbaga in the amount of $60,000.00 shall be entered in accordance with 18 U.S.C. § 982(a)(2)(A). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

Dated this 10th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge