IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:   September 30, 2014
Court Reporter:    Gwen Daniel           Probation: Gary Burney

_____

Criminal Action No.  13-cr-00394-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Suneeta Hazra

    Plaintiff,

v.

1. CHRISTOPHER TUMBAGA,                      Richard Bednarski

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.   Court in Session

Appearances

Defendant is present and in custody

Oath administered to the defendant.

Sentencing Statement by Ms. Hazra

Sentencing Statement by Mr. Bednarski

The Court addresses the Government's Objection to the Presentence Investigation Report [139].

**ORDERED: The Government's Objection to the Presentence Investigation Report**

1

      **[139] is SUSTAINED.**

The Court addresses the Defendant's Objection to the Presentence Investigation Report [136].

**ORDERED:** **The Court finds that the subject matter of the defendant's objections will not affect sentencing and the Court will not consider those matters in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B) no ruling on the objections is necessary.**

**ORDERED:** **There being no objection to the Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [153], the motion is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts Two through Eight, Counts Ten Through Eighteen, Count Thirty [151] is GRANTED. Counts Two through Eight, Counts Ten Through Eighteen, and Count Thirty are dismissed as to Christopher Tumbaga only.**

The Court addresses the Defendant's Motion for Non-Guideline Sentence and/or Downward Variance Pursuant to 18 U.S.C. §3553 [140].

Argument by counsel

Defendant's Allocution

**ORDERED:** **The Defendant's Motion for Non-Guideline Sentence and/or Downward Variance Pursuant to 18 U.S.C. §3553 [140] is GRANTED IN PART.**

> Defendant plead guilty to Count 1 and Count 9 of the Indictment and admitted to the the forfeiture allegation in the Indictment on March 24, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Christopher Tumbaga, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months on Counts 1 and 9, to run concurrently.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a period of four years on Counts 1 and 9, to run concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on Supervised Release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because the Presentence Investigation Report indicates a low risk of future substance abuse by this defendant.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special conditions of supervision:**
1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.**

3. **If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.**

4. **The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.**

5. **The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.**

6 **All employment for the defendant shall be approved in**

>    advance by the supervising probation officer.
>
> 7.  **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

**ORDERED:   The defendant shall make Restitution in the amount of $1,055,918 to the victims and in the amounts indicated in the Presentence Investigation Report. Restitution is ordered jointly and severally with co-defendant Brian Headle.**

**ORDERED:   Pursuant to 18 U.S.C.§ 3664(j) the restitution obligation to Colorado East Bank and Trust shall be satisfied in full first; and Kansas Bankers Surety Company shall be paid second.**

**ORDERED:   The interest requirement on the restitution is WAIVED.**

**ORDERED:   The defendant shall pay the Special Assessment fee of $200, due and payable immediately.**

**ORDERED:   The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.**

**ORDERED:   Payment of the monetary obligations shall be due as follows:**

**The Special Assessment and Restitution obligation are due immediately. Any unpaid Restitution balance upon release from incarceration shall be paid in monthly installment payments in accordance with a payment plan to be developed with the Probation Officer and approved by the Court. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.**

**Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and the defendant's admission to the forfeiture allegation contained in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense.**

Defendant advised of his right to appeal his conviction, as well as the sentence

imposed, except in very limited circumstances.

Court's comments

The Government does not object to voluntary surrender.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**IT IS THEREFORE ORDERED that the defendant, Christopher Tumbaga, surrender at the institution designated by the Bureau of Prisons on November 4, 2014 at 12:00 noon.**
**Defendant's bond is continued, and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

02:55 p.m.    Court in Recess
              Hearing concluded
              Time: 55 minutes